IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK A. BYERS, JR. | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| vs. | ) |
| | )   Case No. 3: 22-cv-00369-JPG |
| DAN SPROUL, | ) |
| | ) |
|    Respondent. | ) |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

   IT IS HEREBY ORDERED AND ADJUDGED that petitioner Patrick A. Byers, Jr's motion pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Dan Sproul and against petitioner Patrick A. Byers, and that this case is dismissed without prejudice.

DATED: April 25, 2022                    **MONICA A. STUMP, Clerk of Court**
                                                  **s/Tina Gray, Deputy Clerk**


Approved:    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**